UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALBERT HICKS,

                    Petitioner,

            -against-

M. CAPRA, SUPERINTENDENT SING SING
CORRECTIONAL FACILITY,

                    Respondent.
----------------------------------------------------------X
FEUERSTEIN, District Judge:

ORDER
13-CV-3316 (SJF)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 13 2013   ★

LONG ISLAND OFFICE

On June 3, 2013, petitioner, Albert Hicks ("petitioner"), filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Accompanying the petition is an application to proceed *in forma pauperis*. Upon review of the application, the Court finds that petitioner's financial status, as set forth in petitioner's declaration, qualifies him to commence this action without prepayment of the $5.00 filing fee. Accordingly, petitioner's application to proceed *in forma pauperis* is granted. The Clerk is directed to mail a copy of this Order to the petitioner. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

                                                  s/ Sandra J. Feuerstein

                                                  Sandra J. Feuerstein
                                                  United States District Judge

Dated:     June 13, 2013
               Central Islip, New York